# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT,** ) | |
| **5800 Quantrell Ave. #1513** ) | |
| **Alexandria, Virginia 22312** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2128 (RJL)** |
| ) | |
| **MICHAEL CHERTOFF,** ) | |
| **Secretary** ) | |
| **Department of Homeland Security** ) | |
| **Washington, DC 20528** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant

U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058


By:    _____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2005, I caused the foregoing Notice of

Appearance to be served on Plaintiff's Counsel, **Leizer Z. Goldsmith**, by the Electronic Case Filing

(ECF) system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Leizer Z. Goldsmith, Esquire
The Goldsmith Law Firm, LLC
1900 L Street, N.W.
Suite 614
Washington, D.C.  20036-5033

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739