UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT,<br>5800 Quantrell Ave. #1513<br>Alexandria, Virgina 22312<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF,<br>Secretary<br>Department of Homeland Security<br>Washington, DC 20528<br><br>    Defendant. | Civil Action No. 05-2128 (RJL) |

### Affidavit of Service

1. My name is Adam W. Marker. I am over 18 years of age, and competent to testify in a court of law.

2. I am an employee at the Goldsmith Law Firm LLC. My duties include, among other things, serving complaints.

3. This affidavit is being filed in accordance with Rule 4(l) of the Federal Rules of Civil Procedure.

4. On or around November 18, 2005, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I sent a copy of the complaint and summons to the Attorney General of the United States.

5. On or about December 2nd, 2005, I received PS Form 3811 (Domestic Return Receipt) forms indicating that the Attorney General received a copy of the complaint and summons respective summons on November 29, 2005.

6. A copy of the PS Form 3811 is attached to this affidavit.

7. I have personal knowledge of the matters stated in this affidavit, and am competent to testify to the same.

I swear and affirm under penalty of perjury that the foregoing affidavit, consisting of two pages and seven paragraphs is true and accurate to the best of my knowledge.

_____          12/22/05
Adam W. Marker                   DATED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Atty. Gen of the U.S.
   U.S. Dept. of Justice
   950 Pennsylvania Ave. NW
   Washington, DC 20530

2. Article Number
   (Transfer from service label)    7003 2260 0001 8130 1217

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                          ☐ Agent
                                              ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

   X Return receipt requested

4. Restricted Delivery? (Extra Fee)    ☐ Yes