UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 05-2128 (RJL) |
| | ) |
| MICHAEL CHERTOFF, SECRETARY | ) |
| DEPARTMENT OF HOMELAND SECURITY | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| _____ | ) |

**DEFENDANT'S FIRST MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE A RESPONSE TO THE COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF**

The Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to answer or otherwise respond to the Complaint in this action, from January 23, 2006 up to and including February 21, 2006. Counsel for the Defendant used several means in an effort to reach Counsel for the Plaintiff, Leizer Z. Goldsmith, Esquire, in order to discuss his position on the motion: business phone, published home telephone number and an Email address. Efforts were also made to contact other members of counsel's law firm. Counsel for the Defendant could not reach anyone.

This extension of time is sought because Counsel for the Defendant needs additional time to investigate Plaintiff's claims, to formulate defenses and to determine whether to advance them in an Answer or some other response to the Complaint. The Complaint consists of over two-hundred (200) numbered paragraphs. The numerous allegations of the Complaint have quite an extensive history at the administrative level and involve a large number of documents that must be reviewed

before Counsel for the Defendant can formulate a response to the Complaint. Agency Counsel, who is also relatively new to the case, also must review the record in this case. Neither party has previously requested an extension in this case. There are no previously scheduled deadlines in this case.

Counsel for the Defendant may have been able to accomplish these tasks by the current due date, or sooner than the requested due date. However, Counsel has been consumed with litigation responsibilities in other civil matters. Specifically, Counsel has had or has a number o filings in the Court of Appeals, that is, motions for summary affirmance in Sherer v. United States, Appeal No. 05-5397, Patterson v. Johnson, Appeal No. 05-5415 and Battle v. Mineta, Appeal No. 05-5413 and an opposition brief to file in Fuller-Avent v. U.S. Probation Department, et al., Appeal No. 04-5193. Counsel for the Defendant also was or is responsible for an opposition to a motion for attorney's fees in PETA v. U.S. Dept. of Agriculture, 03-0195 (SBC), a reply memorandum in support of a motion to dismiss in Battle v. Mineta, C.A. No. 05-1514 (JR) and discovery in Hubbard v. Potter, C.A. No. 03-1062 (RJL), among other responsibilities. Counsel for the Defendant, accordingly, respectfully submits that, in light of the foregoing, good cause exists to grant the motion for extension of time.

WHEREFORE, Defendant respectfully submits that Defendant's First Motion for an Extension of Time Within Which to File Response to the Complaint should be granted.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 451-058

By: _____
     OLIVER W. MCDANIEL, D.C. Bar No. 377-360
     Assistant United States Attorney
     Civil Division
     555 4th Street, N.W.
     Washington, D.C.  20530
     (202) 616-0739

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, this 18t[h] day of January, 2006, reliance on the Electronic Court Filing system (ECF) to insure that a digital copy of the foregoing Defendant's First Motion for an Extension of Time Within Which to File a Response to the Complaint, has been served on Counsel for the Plaintiff by the Electronic Court Filing system, or, if this means fails, then first class mail, postage prepaid, addressed to:

Leizer Z. Goldsmith
900 L Street, N.W.,
Suite 614
Washington, D.C. 20036
Counsel for the Plaintiff

_____
OLIVER W. MCDANIEL
D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739
(202) 514-8780 (Fax)