UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2128 (RJL) |
| | ) |
| **MICHAEL CHERTOFF, SECRETARY** | ) |
| **DEPARTMENT OF HOMELAND SECURITY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's First Motion for an Extension of Time Within Which to Respond to the Complaint, and Memorandum in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time Within Which to Respond to the Complaint, be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including February 21, 2006, to answer or otherwise respond to the Complaint in this matter.

Date this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C.  20530

Leizer Z. Goldsmith, Esq.
1900 L Street, N.W.,
Suite 614
Washington, D.C. 20036