**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARTHUR GILBERT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-2128 (RJL)** |
| | ) |
| **MICHAEL CHERTOFF, SECRETARY** | ) |
| **DEPARTMENT OF HOMELAND SECURITY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

**NOTICE OF PLAINTIFF'S CONSENT TO EXTENSION**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully notifies the Court that Counsel for the Defendant was successful in reaching Counsel for the Plaintiff, who indicated that Plaintiff does not oppose Defendant's motion for an extension of time until February 21, 2006, to Answer or otherwise respond to the Complaint.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058


By: _____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

January 20, 2006