UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT**                    ) | |
|                                             ) | |
|      **Plaintiff,**                     ) | |
|                                             ) | |
|     v.                                          ) | Civil Action No. 05-2128 (RJL) |
|                                             ) | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **DEPARTMENT OF HOMELAND SECURITY** ) | |
|                                             ) | |
|      **Defendant.**                   ) | |
| _____) | |

## ORDER

UPON CONSIDERATION OF Defendant's Motion to Dismiss or for More Definite Statement and Memorandum of Points and Authorities in Support Thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

     **ORDERED** that Defendant's Motion is **GRANTED**; and it is

     **FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice.

 

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Leizer Z. Goldsmith
900 L Street, N.W., Suite 614
Washington, D.C. 20036