UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL CHERTOFF, </br> Secretary </br> Department of Homeland Security </br> Washington, DC  20528 </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-cv-2128 (RJL) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

COME NOW the parties, moving the Court to enlarge time for Plaintiff to respond to Defendant's Motion to Dismiss or, in the Alternative, for a More Definite Statement.

Defendant has filed a dispositive Motion or, in the Alternative, a Motion For A More Definite Statement.  Plaintiff's counsel who is responsible for responding to Defendant's motion has been extremely busy preparing for multiple depositions in a case before the District Court for the District of Columbia, and will be traveling to conduct one of these depositions out of state during the time period that the opposition would be due.   On account of Plaintiff's counsel's schedule, Plaintiff respectfully requests leave to file his Opposition to Defendant's Motion by March 21, 2006.  Defendant consents to this relief.  A proposed order is attached.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
Kristen L. Walsh (D.C. Bar No. 495767)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 775-0005

Attorneys for Plaintiff Tawfik Boulos

_____
Oliver W. McDaniel, (D.C. Bar No. 377360)
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0739
Facsimile: (202) 514-8780

Attorney for Defendant

2