UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL CHERTOFF,  )<br>Secretary  )<br>Department of Homeland Security  )<br>Washington, DC  20528  )<br>)<br>Defendant.  )  | Civil Action No. 05-cv-2128 (RJL) |

**ORDER**

The Parties' Consent Motion To Enlarge Time For Plaintiff To File His Opposition To Defendant's Motion To Dismiss Or, In The Alternative, For A More Definite Statement, is before the Court.  This _____ day of _____, 2006, the Motion is hereby GRANTED.

Plaintiff shall file his Opposition not later than March 21, 2006.

_____
Judge, United States District Court


Oliver W. McDaniel, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 616-0739

Leizer Z. Goldsmith, Esq.
Kristen L. Walsh Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040