..TE: 09/21/00
TIME: 09:54:07

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

PAGE: 1
VAAC0605

U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
SELECTION REGISTER

POSITION: CUSTOMS INSPECTOR
ANNOUNCEMENT #: HEADQ/00-304 KBS
LOCATION: DC00, WASHINGTON, DC VACANCIES: 003

GRADE: 14
CLOSING DATE: 02-16-2001
(NON-BARGAINING)

NO EVALUATION BOARD WAS CONV

REFERRED IN ALPHABETICAL ORDER

( CTEE NAME)

A TRICK

B

C GILBERT, ARTHUR D

D

E

F

G

5 NOTT, KIMBERLY ANN yes

00 222

ACTION TAKEN BY SELECTING OFFICIAL
✓ SELECTION FOR 1 VACANCIES INDICATED ABOVE
READVERTISE, EXPAND AREA OF CONSIDERATION
ALTERNATE ACTION REQUESTED AS FOLLOWS:
___ REASSIGN/TRANSFER ___
___ REQUEST OPM REGISTER

REMARKS: ___

SELECTING OFFICIAL SIGNATURE

DATE : 9-29-00

DATE: 09/21/00 DEPARTMENT OF THE TREASURY PAGE: 1
E: 09:54:07 UNITED STATES CUSTOMS SERVICE VAAC0605

U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
SELECTION REGISTER

---

POSITION: CUSTOMS INSPECTOR GRADE: 14
ANNOUNCEMENT #: HEADQ/00-304 KBS CLOSING DATE: 02-16-2001
LOCATION: DC00, WASHINGTON, DC VACANCIES: 003 (NON-BARGAINING)

---

NO EVALUATION BOARD WAS CONVENED; CANDIDATES ARE REFERRED IN ALPHABETICAL ORDER

---

(SHOW "S" BESIDE SE[illegible]TEE NAME)

A
B
C GILBERT. ARTHUR D
D S HASEGAWA, SANDRA S
E
F
G

---

ACTION TAKEN BY SELECTING OFFICIAL
✓ SELECTION FOR 1 VACANCIES INDICATED ABOVE REMARKS: ____
__ READVERTISE, EXPAND AREA OF CONSIDERATION
__ ALTERNATE ACTION REQUESTED AS FOLLOWS:
____ REASSIGN/TRANSFER ____
____ REQUEST OPM REGISTER

SELECTING OFFICIAL SIGNATURE

DATE : 9-29-00 [signature]

00 135

DATE: 09/21/00
TIME: 09:54:07

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

PAGE: 1
VAAC0605

U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
SELECTION REGISTER

---

POSITION: CUSTOMS INSPECTOR
ANNOUNCEMENT #: HEADQ/00-304 KBS
LOCATION: DC00, WASHINGTON, DC VACANCIES: 003

GRADE: 14
CLOSING DATE: 02-16-2001
(NON-BARGAINING)

---

NO EVALUATION BOARD WAS CONVENED; CANDIDATES ARE REFERRED IN ALPHABETICAL ORDER

---

(SHOW "S" BESIDE SELECTEE NAME)

A [redacted]
S COLBERT, ROBERT J
B [redacted]
C GILBERT, ARTHUR D
D [redacted]
E [redacted]
F [redacted]
S LAXTON, GAY D
G [redacted]

---

ACTION TAKEN BY SELECTING OFFICIAL
✓ SELECTION FOR 2 VACANCIES INDICATED ABOVE
___ READVERTISE, EXPAND AREA OF CONSIDERATION
___ ALTERNATE ACTION REQUESTED AS FOLLOWS:
___ REASSIGN/TRANSFER ____________
___ REQUEST OPM REGISTER

DATE : 10/3/00

REMARKS: ____________

SELECTING OFFICIAL SIGNATURE
[signature]

00 262

:: 03/22/01
:: 14:54:14

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

PAGE: 1
VAAC0605

U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
SELECTION REGISTER

POSITION: CUSTOMS INSPECTOR GRADE: 14
ANNOUNCEMENT #: HEADQ/00-304 KBS CLOSING DATE: 02-16-2001
LOCATION: DC00, WASHINGTON, DC VACANCIES: 002 (NON-BARGAINING)

NO EVALUATION BOARD WAS CONVENED; CANDIDATES ARE REFERRED IN ALPHABETICAL ORDER

(SHOW "S" BESIDE SELECTEE NAME)




00 420

ACTION TAKEN BY SELECTING OFFICIAL
___ SELECTION FOR ___ VACANCIES INDICATED ABOVE REMARKS: ___
_ READVERTISE, EXPAND AREA OF CONSIDERATION
ALTERNATE ACTION REQUESTED AS FOLLOWS:
___ REASSIGN/TRANSFER ___
___ REQUEST OPM REGISTER

SELECTING OFFICIAL SIGNATURE

DATE : 5/09/01

TE: 01/25/01
E: 15:02:49

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

PAGE: 1
VAAC0605

U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
SELECTION REGISTER

---

POSITION: CUSTOMS INSPECTOR — GRADE: 14
ANNOUNCEMENT #: HEADQ/00-304 KBS — CLOSING DATE: 02-16-2001
LOCATION: DC00, WASHINGTON, DC — VACANCIES: 001 — (NON-BARGAINING)

---

NO EVALUATION BOARD WAS CONVENED; CANDIDATES ARE REFERRED IN ALPHABETICAL ORDER

---

(SHOW "S" BESIDE SELECTEE NAME)

A [redacted] – BQ
B [redacted] – BQ
C [redacted] – BQ
D GILBERT, ARTHUR D – BQ
E [redacted] – BQ
S MICHAUD, ROBERT NMN – BQ
F [redacted] – BQ
G [redacted] – BQ

---

ACTION TAKEN BY SELECTING OFFICIAL

✓ SELECTION FOR 1 VACANCIES INDICATED ABOVE
_ READVERTISE, EXPAND AREA OF CONSIDERATION
_ ALTERNATE ACTION REQUESTED AS FOLLOWS:
___ REASSIGN/TRANSFER ____________________
___ REQUEST OPM REGISTER

REMARKS: ____________________

DATE : 2.14.01

SELECTING OFFICIAL SIGNATURE
[signature] AA 505