```
TE: 10/27/00                DEPARTMENT OF THE TREASURY                PAGE:  1
_ME: 10:09:24               UNITED STATES CUSTOMS SERVICE              VAAC0605

                      U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
                                 SELECTION REGISTER
------------------------------------------------------------------------------
POSITION: CUSTOMS INSPECTOR                           GRADE: 14
ANNOUNCEMENT #: HEADQ/00-304 KBS                      CLOSING DATE: 02-16-2001
LOCATION: DC00, WASHINGTON, DC    VACANCIES: 001      (NON-BARGAINING)
------------------------------------------------------------------------------
NO EVALUATION BOARD WAS CONVENED; CANDIDATES ARE REFERRED IN ALPHABETICAL ORDE
------------------------------------------------------------------------------

                      (SHOW "S" BESIDE SELECTEE NAME)

              A
              B
              C
              D
              E   GILBERT, ARTHUR D
              F
              G
              H
              I
```

*Returned with no selections.*

```
------------------------------------------------------------------------------
ACTION TAKEN BY SELECTING OFFICIAL
    SELECTION FOR ___ VACANCIES INDICATED ABOVE     REMARKS: _____
  _ READVERTISE, EXPAND AREA OF CONSIDERATION                _____
  _ ALTERNATE ACTION REQUESTED AS FOLLOWS:                   _____
      ___ REASSIGN/TRANSFER _____
      ___ REQUEST OPM REGISTER                    SELECTING OFFICIAL SIGNATUR
                         DATE : _____
                                                         00 416
```