```
DATE: 05/11/01              DEPARTMENT OF THE TREASURY                    PAGE:
TIME: 10:31:23              UNITED STATES CUSTOMS SERVICE                  VAAC060

                     U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
                                SELECTION REGISTER
-------------------------------------------------------------------------------
POSITION: SUPVY FIELD OPERATIONS SPECIALIST              GRADE: 14
ANNOUNCEMENT #: HQOFO/01-006 KBS                         CLOSING DATE: 05-02-2001
LOCATION: DC00, WASHINGTON, DC    VACANCIES: 001         (NON-BARGAINING)
-------------------------------------------------------------------------------

NO EVALUATION BOARD WAS CONVENED; CANDIDATES ARE REFERRED IN ALPHABETICAL ORD
-------------------------------------------------------------------------------

                         (SHOW "S" BESIDE SELECTEE NAME)
```



S  ACOSTA HAGANS, YVONNE - BQ
   ▬▬▬▬▬▬▬▬ E - NO
   GILBERT, ARTHUR D - BQ
   ▬▬▬▬▬▬▬▬ - NO
   ▬▬▬▬▬▬▬▬ - BQ
   ▬▬▬▬▬▬▬P - NO
   ▬▬▬▬▬▬▬E - BQ
   ▬▬▬▬▬▬▬ - NO
   ▬▬▬▬▬▬▬A - BQ

```
-------------------------------------------------------------------------------
ACTION TAKEN BY SELECTING OFFICIAL
   ✓ SELECTION FOR   1  VACANCIES INDICATED ABOVE    REMARKS: _____
     READVERTISE, EXPAND AREA OF CONSIDERATION                _____
     ALTERNATE ACTION REQUESTED AS FOLLOWS:                   _____
       ___ REASSIGN/TRANSFER _____
       ___ REQUEST OPM REGISTER                          SELECTING OFFICIAL SIGNATURE
                              DATE : 7/5/01              [signature]  0_752
```