

**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

U.S. CUSTOMS COMPETITIVE SELECTION PROCEDURES
**CANDIDATE ASSESSMENT AND SELECTION**

HEADQ/00-304KBS
Customs Inspector GS-1890-14
***INSTRUCTIONS:***

**Assessor:** Merit principles require that selections be made from candidates who are more than minimally qualified for a position. Therefore, as the assessor, you are being asked to review the primary criteria listed on the vacancy announcement. Review the application package provided by each applicant. <u>For each applicant who you determine to possess all the primary criteria, indicate "BQ" to the right of the applicant's name. Sign and date this form below.</u>

**Selecting Official:** You may only select from among the candidates who have been determined "Best Qualified" and are designated with a "BQ" to the right of the candidate's name. Place an "S" on the line to the left of the selectee's name to designate which candidate(s) has been selected for the position. Sign and date attached selection register.

---

**Assessor Certification:**

I certify that I have reviewed the applications and determined that those indicated with "BQ" to the right of their names possess the primary criteria listed on the vacancy announcement.

KATYA BOU-SLIMAN
Print Name

_Katya Bou-Sliman_          10/2/2000
Signature                   Date

---

Notes:
(1) An occupational seniority date, reflecting full time permanent service in the occupation, is indicated on the attached sheet for covered bargaining unit positions in accordance with NTEU National Agreement, Article 36.
(2) Candidate Assessment is mandated by NTEU National Agreement, Article 36, & Customs Merit Promotion Plan

00 122



**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

**U.S. CUSTOMS COMPETITIVE SELECTION PROCEDURES
CANDIDATE ASSESSMENT AND SELECTION**

HEADQ/00-304KBS
Customs Inspector
GS-1890-14

### INSTRUCTIONS:

**Assessor:** Merit principles require that when there are small numbers of candidates, an assessment must be made to distinguish best qualified candidates from those who only meet minimum qualification requirements. An assessment will be conducted when there are 20 or fewer qualified candidates for one non-bargaining-unit vacancy, 4 or fewer for one bargaining-unit vacancy. As an assessor, you are being asked to make a best-qualified determination.

(1) Evaluate each candidate against the primary criteria in the crediting plan. If you determine that a candidate possesses all of the primary criteria, indicate "BQ" (best qualified) to the right of the candidate's name. If you determine that a candidate does not possess all of the primary criteria, indicate "No" and the criterion number to the right of the candidate's name. Sign and date this form below.

**Selecting Official:** You may only select from among the candidates who have been determined best qualified and are designated with a "BQ" to the right of the candidate's name. Place an "S" on the line to the left of the candidate's name to designate which candidate has been selected for the position. Sign and date the attached selection register.

**Assessor Certification:**

I certify that I have reviewed the application materials against the crediting plan and made a best qualified determination as described above

DANIEL T FLOYD
Print Name

_[signature]_     3/27/01
Signature                Date

Notes:
(1) An occupational seniority date, reflecting full time permanent service in the occupation, is indicated on the attached sheet for covered bargaining unit positions in accordance with NTEU National Agreement, Article 36.
(2) Candidate Assessment is mandated by NTEU National Agreement, Article 36, & Customs Merit Promotion Plan



# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE

## CANDIDATE ASSESSMENT AND SELECTION

```
CUSTOMS INSPECTOR    GS-1890-14
HEADQ/00-304KBS
WASHINGTON, DC
```

**INSTRUCTIONS:**

**Assessor:** Merit principles require that when there are small numbers of candidates, an assessment must be made to distinguish best qualified candidates from those who only meet minimum qualification requirements. An assessment will be conducted when there are 20 or fewer qualified candidates for one nonbargaining-unit vacancy, 4 or fewer for one bargaining-unit vacancy. As an assessor, you are being asked to make a best qualified determination.

(1) _For nonbargaining-unit positions:_ Evaluate each candidate against the primary criteria in the crediting plan. If a candidate meets at least the "good" level for each of the primary criteria, indicate "BQ" (best qualified) to the right of the candidate's name. If a candidate does not meet at least the "good" level for any primary criterion, indicate "No" and the criterion number to the right of the candidate's name; there is no need to continue with the evaluation. Sign and date this form below.

(2) _For bargaining-unit positions:_ Evaluate each candidate against the primary criteria in the crediting plan. If you determine that a candidate possesses all of the primary criteria, indicate "BQ" (best qualified) to the right of the candidate's name. If you determine that a candidate does not possess all of the primary criteria, indicate "No" to the right of the candidate's name. Sign and date this form below.

**Selecting Official:** You may only select from among the candidates who have been determined best qualified and are designated with a "BQ" to the right of the candidate's name. Place an "S" on the line to the left of the candidate's name to designate which candidate has been selected for the position. Sign and date the attached selection register.

---

**Assessor Certification:**

_I certify that I have reviewed the application materials against the crediting plan and made a best qualified determination as described above._

ROBERT E. PEREZ
**Print Name**

_[signature]_                                2-1-01
**Signature**                                **Date**

---

Rev. 11/00

00 120 P