

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br>MERIT PROMOTION PLAN<br><br># VACANCY ANNOUNCEMENT<br>51335, P&PM | VACANCY ANNOUNCEMENT NUMBER<br>**HEADQ/00-304KBS**<br>OPENING DATE<br>**08/16/00**<br>CLOSING DATE<br>**02/16/01** |
|---|---|

| POSITION TITLE<br>**CUSTOMS INSPECTOR** | ☐ Bargaining Unit Position<br>☒ Non-Bargaining Unit Position |
|---|---|

| PAY PLAN, SERIES AND GRADE<br>GS-1890-14 | NUMBER OF VACANCIES<br>One | At the discretion of the Selecting Official, additional vacancies may be filled within 60 days after the closing date. |
|---|---|---|

| ORGANIZATION AND DUTY STATION<br>U.S. CUSTOMS SERVICE<br>OFFICE OF FIELD OPERATIONS<br>WASHINGTON, D.C.<br>(VARIOUS OFFICES) | AREA OF CONSIDERATION<br>SERVICE WIDE: Applications will be accepted from Customs and Treasury employees with competitive status.<br><br>Unless otherwise noted any employee of the Department of the Treasury may apply and be considered for any position. |
|---|---|

**AMENDMENT  AMENDMENT  AMENDMENT  AMENDMENT**
**AMENDMENT**
**AMENDMENT**

This amendment adds primary criteria and removes secondary criteria.

All application materials must be received in the Office of Human Resources Management (HRM) on or before the closing date of this announcement.

**SUMMARY OF DUTIES:** The incumbent serves as the technical expert and will rotate through or be temporarily assigned to one or all of the major program areas of Passenger, Trade, Outbound, and Anti-Smuggling. As a Team Leader/Project Leader, the incumbent has overall responsibility for completion of the assigned project. The incumbent will provide leadership, guidance and direction to subordinate employees. Responsible for planning, developing and implementing new systems and approaches to improve enforcement efforts throughout the inspectional workforce. Devises trial programs to detect weaknesses in cargo and passenger processing systems that may be conducive to smuggling activity or other enforcement related operations. Each of the major program areas requires close coordination with other Federal departments and agencies. Liaison operation encompasses and may cross all transportation systems (land, sea, air) involving both cargo and passenger enforcement.

**SUMMARY OF QUALIFICATION REQUIREMENTS:** Applicants must have one year of specialized experience equivalent to at least the GS-13 grade level. Specialized experience is experience which has equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position and that is typically in or related to the work of the position to be filled.

**TIME-IN-GRADE:** Applicants must have served 52 weeks at the next lower grade in the Federal Service to meet the time-in-grade requirement. Applicants must meet qualification and time-in-grade requirements within 60 days after the closing date of this vacancy announcement.

Noncompetitive ACTAP/ICTAP eligibles within the commuting area and D. C. Department of Corrections eligibles who submit documentary evidence of eligibility (RIF Notice or Certificate of Expected Separation or other agency certification) and are found well qualified will receive selection priority as provided by regulations. In order to be determined "well qualified" candidates must receive an excellent or good score when rated against each primary criterion.

Continued on Reverse

**EQUAL EMPLOYMENT OPPORTUNITY:** All candidates will be considered without discrimination for any nonmerit reason such as race, color, religion, sex, age, national origin, lawful political affiliation, marital status, physical handicap (if not a job factor), or membership or nonmembership in an employee organization.

00 108    Customs Form 48(12/94)