UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR GILBERT, )
 )
      Plaintiff, )
 )  Civil Action No. 05-cv-2128 (RJL)
      v. )
 )
MICHAEL CHERTOFF, )
Secretary )
Department of Homeland Security )
 )
      Defendant. )
 )

### AFFIDAVIT OF ARTHUR GILBERT

My name is Arthur Gilbert and I am the Plaintiff in the above captioned case.

1. I began working for U.S. Customs in 1977.

2. In 1993 and 1997, I filed claims alleging discrimination with the MSPB.

3. In July of 2000, I was assigned to the Office of Field Operations at Agency Headquarters in Washington, D.C. at the GS-13 level.

4. Over the following two years I applied for several promotions to the GS-14 level.

5. I applied for Vacancy Announcement HEADQ/00-304KBS, Grade 14 Customs Inspector.

6. I did not know and did not suspect that I had been rejected for this promotion until July 1, 2001 when Robert Jacksta, my supervisor, told me that I had not been selected for a different Vacancy Announcement for which I had applied. I protested to the EEO counselor shortly thereafter.

7. I never received a rejection letter, phone call, email, or any other notification or indication that the Agency had rejected my application for a promotion under Vacancy Announcement HEADQ/00-304KBS.

8. I did not know until I spoke with Mr. Jacksta on July 1 that *anyone* had been rejected for promotion under HEADQ/00-304KBS.

9. I never observed that any of the selectees changed desks or offices in a manner that suggested to me or should have suggested to me that they had been promoted.

10. In Headquarters, individuals typically continue to sit at the same desk or office and are assigned different responsibilities after receiving a promotion.

I have read the above statement, and I swear or affirm that it is true and complete to the best of my knowledge and belief.

_____      _03/2/06_____
Arthur Gilbert                                             Dated