UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT            )<br>                                          )<br>       Plaintiff,             )<br>                                          )<br>       v.                       )   Civil Action No. 05-2128 (RJL)<br>                                          )<br>MICHAEL CHERTOFF, SECRETARY  )<br>DEPARTMENT OF HOMELAND SECURITY  )<br>                                          )<br>       Defendant.          )<br>_____) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE A REPLY MEMORANDUM TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement in this action, from April 3, 2006 up to and including April 14, 2006.  Counsel for the Plaintiff, Leizer Z. Goldsmith, Esquire, indicated that Plaintiff consents to this motion.

This extension of time is sought because Counsel for the Defendant has an extensive workload.  Specifically, he has several depositions scheduled in April regarding the class action suit of Hubbard v. Potter, C.A. No. 03-1062 (RJL).  A number of the depositions require sign language interpreters, as the plaintiffs in the Hubbard matter are deaf.  The logistical impact of interpreting also means that each deposition could exceed one day.  Agency counsel, who needs to provide Counsel for the Defendant with information necessary for the Reply, also has a number of responsibilities that require his immediate attention.  Defendant accordingly requests an extension

of time, to and including April 14, 2006, within which to file his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement.

  WHEREFORE, Defendant respectfully submits that this motion for an extension of time within which to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, up to and including April 14, 2006, should be granted.

              Respectfully submitted,

              KENNETH L. WAINSTEIN
              UNITED STATES ATTORNEY
              D.C. BAR NUMBER 451-058


By:       /s/       
    OLIVER W. MCDANIEL, D.C. Bar No. 377-360
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 28th day of March, 2006, reliance on the Electronic Court Filing system (ECF) to insure that a digital copy of the foregoing Consent Motion for an Extension of Time Within Which to File a Reply to Plaintiff's Opposition and Response to Defendant's Motion to Dismiss, Or in the Alternative, For a More Definite Statement, and Memorandum in Support Thereof, has been served electronically on Counsel for the Plaintiff, or, if ECF fails to send a copy, that a copy has been served by first class mail, postage prepaid, addressed to:

Leizer Z. Goldsmith, Esq.
Kristen L. Walsh, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Counsel for the Plaintiff

```
                              _____/s/_____
                              OLIVER W. MCDANIEL
```
D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739