UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2128 (RJL) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR A TWO-DAY EXTENSION OF TIME
WITHIN WHICH TO FILE A REPLY MEMORANDUM TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a second extension of time within which to file his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement in this action, from April 14, 2006 up to and including April 18, 2006. Counsel for the Plaintiff, Leizer Z. Goldsmith, Esquire, was not immediately available when Counsel for the Defendant attempted to contact him concerning his position on this motion.

This further extension of time is sought because of a number of impediments. First, an eleventh hour malady is hampering Counsel for the Defendant's efforts to complete the reply memorandum. Secondly, extensive depositions in the class action suit of Hubbard v. Potter, C.A. No. 03-1062 (RJL), involving the use sign language interpreters, are having a much more severe impact on Counsel's schedule than originally anticipated. Moreover, internal efforts to determine whether another class action law suit could settle, Johnson, et al. v. D.C., et al., 02-2364 (RMC), has consumed an extensive amount of time, the use of which was unanticipated at the time of Counsel's

first request for an extension in this matter. Furthermore, Counsel is responsible for filing a dispositive motion in the matter of <u>Bragdon v. United States, et al.</u>, C.A. No. 06-628 (JR). Defendant accordingly requests a two business-day extension of time, to and including April 18, 2006, within which to file his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement.

     WHEREFORE, Defendant respectfully submits that this motion for a two-day extension of time within which to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, up to and including April 18, 2006, should be granted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 14th day of April, 2006, reliance on the Electronic Court Filing system to insure that a digital copy of the foregoing Motion for a Two-day Extension of Time Within Which to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, has been served electronically on Counsel for the Plaintiff, or, if this means fails, then by first class mail, postage prepaid, addressed to:

Leizer Z. Goldsmith, Esq.
Kristen L. Walsh, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Counsel for the Plaintiff

                                                                  /s/
                                  OLIVER W. MCDANIEL
                                  D.C. Bar No. 377-360
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 616-0739