UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2128 (RJL) |
| | ) |
| **MICHAEL CHERTOFF, SECRETARY** | ) |
| **DEPARTMENT OF HOMELAND SECURITY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for a Two-day Extension of Time Within Which to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including April 18, 2006, to file a reply memorandum in this matter.

Date this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530

Leizer Z. Goldsmith, Esq.
Kristen L. Walsh, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036

2