UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT                                    ) | |
|                                                              ) | |
|      **Plaintiff,**                                     ) | |
|                                                              ) | |
|      v.                                                    ) | Civil Action No. 05-2128 (RJL) |
|                                                              ) | |
| MICHAEL CHERTOFF, SECRETARY    ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
|                                                              ) | |
|      **Defendant.**                                  ) | |
| _____) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE A REPLY MEMORANDUM TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement in this action up to and including April 24, 2006. Counsel for the Plaintiff, Kristen L. Walsh, Esq., has advised that plaintiff does not oppose this motion.

This further extension of time is sought because of a number of impediments. First, a malady continues to hamper Counsel for the Defendant's efforts to complete the reply memorandum and he is, in fact, out of the office on sick leave.[1] Secondly, extensive depositions in the class action suit of <u>Hubbard v. Potter</u>, C.A. No. 03-1062 (RJL), involving the use of sign language interpreters, have had a much more severe impact on Counsel's schedule than originally anticipated. Moreover, internal efforts to determine whether another class action law suit could settle, <u>Johnson, et al. v.</u>

---

[1] This motion has been completed by a colleague of Mr. McDaniel's, with assistance from a paralegal specialist.

D.C., et al., 02-2364 (RMC), has consumed an extensive amount of time, the use of which was unanticipated at the time of Counsel's first request for an extension in this matter. Furthermore, Counsel is responsible for filing a dispositive motion in the matter of Bragdon v. United States, et al., C.A. No. 06-628 (JR). Defendant accordingly requests an extension of time, to and including April 24, 2006, within which to file his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for a More Definite Statement.

WHEREFORE, Defendant respectfully submits that this motion for an extension of time should be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


         /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, this 17th day of April, 2006, reliance on the Electronic Court Filing system to insure that a digital copy of the foregoing Motion for an Extension of Time Within Which to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, has been served electronically on Counsel for the Plaintiff, or, if this means fails, then by first class mail, postage prepaid, addressed to:

Leizer Z. Goldsmith, Esq.
Kristen L. Walsh, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Counsel for the Plaintiff

_____/s/_____
W. MARK NEBEKER
D.C. Bar No. 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7230