UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT**           ) | |
| )                            | |
| **Plaintiff,**               ) | |
| )                            | |
| v.                           ) | Civil Action No. 05-2128 (RJL) |
| )                            | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **DEPARTMENT OF HOMELAND SECURITY** ) | |
| )                            | |
| **Defendant.**               ) | |
| _____) | |

### ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion for an Extension of Time Within Which to File a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion to Dismiss and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendants may file a reply in this action be and is hereby enlarged up to and including April 24, 2006.

_____
UNITED STATES DISTRICT JUDGE

OLIVER W. McDANIEL
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

LEIZER Z. GOLDSMITH, ESQ.
KRISTEN L. WALSH, ESQ.
1900 L Street, N.W., Suite 614
Washington, D.C.  20036