UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ARTHUR GILBERT, )
 )
    Plaintiff, )
 )
v. )   Civil Case No. 05cv2128 (RJL)
 )
MICHAEL CHERTOFF, )
    Secretary, )
    Department of Homeland Security )
 )
    Defendant. )

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 27th day of September 2006, hereby

**ORDERED** that [#9] defendant's Motion for a More Definite Statement is GRANTED; it is further

**ORDERED** that [#9] defendant's Motion to Dismiss is DENIED; it is further

**ORDERED** that, within thirty (30) days of the date of this Order, plaintiff shall amend his Complaint to provide a more definite statement of his claims pursuant to Federal Rules of Civil Procedure 8(a) and 10(b); and it is further

**ORDERED** that defendant shall file a response to plaintiff's Complaint within thirty (30) days of receiving plaintiff's more definite statement.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge