UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2128 (RJL) |
| | ) |
| MICHAEL CHERTOFF, SECRETARY | ) |
| DEPARTMENT OF HOMELAND SECURITY | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSE
TO THE FIRST AMENDED COMPLAINT**

The Defendant in the above-captioned case hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time within which to answer or otherwise respond to the First Amended Complaint in this action, from November 13, 2006, up to and including December 14, 2006. Counsel for the Plaintiff, Leizer Z. Goldsmith, Esquire, has graciously consented to this motion.

This extension of time is sought for several reasons. First, the Complaint consists of two-hundred, ninety-nine (299) numbered paragraphs, spanning thirty-six (36) pages. While it is unclear exactly how long it may take, Counsel for the Defendant needs additional time to digest the Amended Complaint and confer with agency counsel in order to assess the nature of, and just how to advance, any available defenses. Counsel for the Defendant also has a growing list of significant litigation responsibilities in other civil matters. Specifically and currently, Counsel for the Defendant must file a brief in <u>Sherer v. United States</u>, Appeal No. 05-5397, and has separate

arguments scheduled in two class action cases, Johnson, et. al. v. District of Columbia, et al., C.A. No. 02-2364 (RMC), and Hubbard v. Potter, C.A. No. 03-1062 (RJL). Further, Counsel must respond to a Motion to Alter Judgment in Sibley v. Breyer, et al., C.A. No. 06-0107 (RMC) and file a reply memorandum in Kriesch v. Johanns, C.A. No. 05-2402 (RMC). These and other responsibilities, including the increased demands of the season, preclude a timely response to the Amended Complaint and necessitate this requested extension.

WHEREFORE, Defendant submits that this Consent Motion for an Extension of Time to File An Answer or Other Response to the First Amended Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 30th day of October, 2006, reliance on the Electronic Court Filing system (ECF) to insure that a digital copy of the foregoing Defendant's Consent Motion for an Extension of Time to File An Answer or Other Response to the First Amended Complaint, has been served on Counsel for the Plaintiff, or, if this means fails, then relieance on first class mail, postage prepaid, addressed to:

Leizer Z. Goldsmith
THE GOLDSMITH LAW FIRM, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015

Counsel for the Plaintiff

                                                                     /s/
                                        OLIVER W. MCDANIEL
                                        D.C. Bar No. 377-360
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 616-0739