UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2128 (RJL) |
| | ) |
| **MICHAEL CHERTOFF, SECRETARY** | ) |
| **DEPARTMENT OF HOMELAND SECURITY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to File An Answer or Other Response to the First Amended Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time to File An Answer or Other Response to the First Amended Complaint, be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including December 14, 2006, to answer or otherwise respond to the First Amended Complaint in this matter.

Date this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530

Leizer Z. Goldsmith, Esq.
THE GOLDSMITH LAW FIRM, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C.  20015