UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2128 (RJL) |
| | ) |
| **MICHAEL CHERTOFF, SECRETARY** | ) |
| **DEPARTMENT OF HOMELAND SECURITY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**DEFENDANT'S MOTION FOR A TWO-DAY EXTENSION OF TIME
WITHIN WHICH TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF**

  The Defendant in the above-captioned case, through counsel, the United States Attorney for the District of Columbia, hereby respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a two- business-day extension of time within which to answer or otherwise respond to the First Amended Complaint in this action, from today, Thursday, December 14, 2006, up to and including Monday, December 18, 2006.  Counsel for the Plaintiff, Leizer Z. Goldsmith, Esquire, was unavailable when Counsel for the Defendant attempted to contact him concerning Plaintiff's position on this motion.

  This extension of time is necessitated by computer network problems in the Civil Division of the U.S. Attorney's Office.  Specifically, the Civil Division has experienced two consecutive days of computer network failure.  During this period, access to word processing programs, electronic mail, the Internet, the Electronic Court Filing (ECF) system, printers, and network hard drives has been limited at best and totally inaccessible for a substantial portion of this time.  This unforeseen

problem has hampered Counsel for the Defendant's efforts to complete a draft Answer to the 299 paragraph Amended Complaint.

WHEREFORE, Defendant respectfully submits that Defendant's Motion for an Two-Day Extension of Time Within Which to File Response to the First Amended Complaint should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 14th day of December, 2006, reliance on the Electronic Court Filing system (ECF) to insure that a digital copy of the foregoing Defendant's Motion for a Second Extension of Time Within Which to File a Response to the First Amended Complaint and Memorandum in Support Thereof, has been served on Counsel for the Plaintiff by the Electronic Court Filing system, or, if this means fails, then first class mail, postage prepaid, addressed to:

Leizer Z. Goldsmith
THE GOLDSMITH LAW FIRM, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C.  20015

Counsel for the Plaintiff

                                                    /s/
OLIVER W. MCDANIEL
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739
(202) 514-8780 (Fax)