UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-2128 (RJL) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary | ) |
| Department of Homeland Security, | ) |
| | ) |
|     Defendant. | ) |

**JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE**

Pursuant to LCvR 16.3, the parties hereby report to the Court that counsel for the parties conferred on May 12, 2006. As a consequence of this conference, the parties hereby report to the Court as follows:

1. <u>Need To Await Dispositive Motion Resolution</u>: There are no pending motions. The parties do not believe that discovery should be stayed at this time for dispositive motions.

2. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate the necessity to join third parties or to amend the pleadings further, however, in the event that such becomes necessary, the parties agree that the complaint can be amended no later than 45 days prior to the close of discovery. Neither party believes that the legal or factual issues can be narrowed at this time.

3. <u>Assignment To Magistrate Judge</u>: Plaintiff consents to assignment of this case to a magistrate judge for all purposes and/or for discovery issues. Defendant consents for mediation only.

    4.    <u>Settlement Possibility</u>:  The parties are open to engaging in settlement discussions, although it is not yet clear whether settlement is a possibility.

    5.    <u>Alternative Dispute Procedures</u>:  At this time, the parties do not believe that the case could benefit from the Court's ADR process.  The parties will inform the Court if it appears that mediation might be useful later.

    6.    <u>Dispositive Motions</u>:  The parties suggest that any post-discovery dispositive motion be filed within 60 days after the close of discovery, that any Opposition to that motion be filed within 30 days of the filing of the dispositive motion, and that any Reply to the Opposition be filed within 21 days of the filing of the Opposition.

    <u>7.</u>    <u>Initial Disclosures</u>:  The parties propose that initial disclosures authorized under F.R.Civ.P. 26(a)(1) be served within 45 days of the initial Scheduling Order.

    <u>8.</u>    <u>Discovery</u>:  The parties propose that the Court set a discovery schedule for this case, in accordance with the attached proposed Scheduling Order.  The parties believe that 180 days are necessary to complete discovery.  The parties intend to abide by all applicable rules with regard to discovery.  Should sensitive personal and/or medical information be exchanged during the course of discovery in this case, the parties will submit an appropriate protective order for the Court's approval.  The Parties will adhere to standard limits on written discovery and depositions.

    <u>9.</u>    <u>Experts</u>:  The parties propose that a proponent's expert disclosures, including an expert report, be served at least 60 days prior to close of discovery.  The parties propose that an opponent's expert disclosures be served within 30 days after service of proponent's expert disclosures.

    <u>10.</u>    <u>Class Action Procedures</u>:  Not applicable

2

11.    <u>Bifurcation of Discovery or Trial</u>:  None

12.    <u>Proposed Date For The Pretrial Conference</u>:  The parties agree that the Court set a date for the Pre-Trial Conference within 30 days after the Court's final ruling on any dispositive motions.

13.    <u>Trial Date</u>:  Should a Trial be necessary in this matter, the parties propose that the Trial date be set at the Pre-Trial Conference.

14.    <u>Other Matters</u>:  None

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith  (D.C. Bar No. 419544)
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 195-1506
Facsimile:   (202) 318-0798


_____
Oliver W. McDaniel, (D.C. Bar No. 377360)
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0739
Facsimile: (202) 514-8780

Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
**ARTHUR GILBERT,**             )
                                )
    **Plaintiff,**          )
                                )
v.                              ) Civil Action No. 05-cv-2128 (RJL)
                                )
**MICHAEL CHERTOFF,**           )
**Secretary**                   )
**Department of Homeland Security** )
                                )
    **Defendant.**          )
_____

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is this ___ day of _____, 2007 hereby, ORDERED that the parties shall abide the following dates, deadlines and limitations:

Close of all discovery 180 days from the date of this Order.

Deadline for filing dispositive motions 60 days after close of discovery.

| | |
|---|---|
| Deadline for filing Opposition to dispositive motions. | 30 days after the filing of dispositive motions. |
| Deadline for filing Reply to Opposition to dispositive motions. | 21 days after the filing of the Opposition to dispositive motions. |
| Pretrial Conference | 60 days after Court rules on post-discovery dispositive motions |

IT IS SO ORDERED.
Date: _____      _____
                                              UNITED STATES DISTRICT JUDGE