UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

JAN 23 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ARTHUR GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-2128 (RJL) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary | ) |
| Department of Homeland Security | ) |
| | ) |
| Defendant. | ) |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference and
the entire record herein, it is this 22nd day of _____, 2007 hereby, ORDERED that the parties
shall abide the following dates, deadlines and limitations:

Close of all discovery 180 days from the date of this Order.

Deadline for filing dispositive motions 60 days after close of discovery.

| | |
|---|---|
| Deadline for filing Opposition to dispositive motions. | 30 days after the filing of dispositive motions. |
| Deadline for filing Reply to Opposition to dispositive motions. | 21 days after the filing of the Opposition to dispositive motions. |
| Pretrial Conference | 60 days after Court rules on post-discovery dispositive motions |

IT IS SO ORDERED.
Date: __1/22/07__

_____
UNITED STATES DISTRICT JUDGE

4