UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT**  )  <br>  )  <br> **Plaintiff,**  )  <br>  )  <br> v.  ) | Civil Action No. 05-2128 (RJL) |
| )  <br> **MICHAEL CHERTOFF, SECRETARY**  )  <br> **DEPARTMENT OF HOMELAND SECURITY**  )  <br>  )  <br> **Defendant.**  )  <br>  )  <br> _____) | |

**ORDER**

Upon consideration of the Defendant's Motion For An Extension Of Time To Respond To Plaintiff's Motion For Discovery Sanctions, And Memorandum In Support Thereof, and the entire record of the case, it is hereby

ORDERED, that Defendant's Motion For An Extension Of Time To Respond To Plaintiff's Motion For Discovery Sanctions is hereby GRANTED, and it is

FURTHER ORDERED, that Defendant shall have an additional two months, from March 19, 2007, up to and including May 18, 2007, to respond to Plaintiff's written discovery requests.

Dated this _____ day of _____ , 2007.

_____
United States Magistrate Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Leizer Z. Goldsmith
THE GOLDSMITH LAW FIRM, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015