UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR GILBERT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2128 (RJL) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**CONSENT MOTION TO EXTEND TIME
TO COMPLETE DISCOVERY AND TO SET A NEW SCHEDULE,
AND MEMORANDUM IN SUPPORT THEREOF**

The Defendant, Michael Chertoff, Secretary of Homeland Security, through counsel, the United States Attorney for the District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b), to enlarge the discovery period from July 20, 2007, up to and including and September 28, 2007, and to modify the scheduling order accordingly. Counsel for Plaintiff, Leizer Z. Goldsmith, Esq., has graciously consented to this extension. As grounds for this motion, Counsel for Defendant submits the following memorandum in support.

Pursuant to order of January 22, 2007, the Court entered a scheduling order that contained the following deadlines[1]:

        Discovery closes                                 July 20, 2007

---

[1] The Court's Initial Scheduling Order did not list the specific calendar dates shown above but rather fixed deadlines according to the number of days for a specific event. For example, the Order required that all discovery be closed 180 days from the date of the Order. (Pacer Dkt. No. 24). The dates listed above are calculations made by Counsel for Defendant in accordance with the Court's Order.

| | |
|---|---|
| Dispositive Motions due | September 18, 2007 |
| Oppositions to dispositive motions due | October 18, 2007 |
| Replies to Oppositions due | November 8, 2007 |
| Pretrial Conference set | January 7, 2008 |

The parties have attempted to complete their discovery before the July 20 deadline but Counsel for Defendant's hectic schedule, specifically the need to complete discovery in three other cases, as well as a number of pressing litigation demands, caused Counsel for the Defendant to be unavailable for depositions during this period.  Specifically, Counsel for the Defendant must file a Reply brief in Canadian Commercial Corporation, *et al.* v. Department of Air Force, 06-5310 (D.C. Circuit) on or before July 31, 2007, and a final brief on or before August 29, 2007.  Counsel also has ongoing and active discovery production obligations in two class action suits:  (1) Hubbard v. Potter, 03-1062 (RJL/JMF) and (2) Johnson v. District of Columbia, *et al.*, 02-2364 (RMC).  Counsel for Defendant has further discovery obligations in: (1) Negley v. Federal Bureau of Investigation, 03-2126 (GK) and (2) Jeffers v. Chao, *et al.*, 03-1762 (RMC).  The Johnson, Jeffers and Negley cases have had scheduled depositions during the time that Counsel for the Plaintiff in this case intended to schedule depositions. Counsel is also involved in ongoing settlement discussions in Brown Helicopter, Inc. *et al* v. United States, 06-0840 (JR) and in the collapse of settlement discussions in Gard v. U.S. Dept. of Education, 00-1096 (PL) (AK). These and other demands have necessitated this requested extension.

      Accordingly, the Counsel for Defendant requests that the Court extend the discovery period further, until Friday, September 28, 2007, to complete discovery in this matter, and alter the existing

briefing schedule to accommodate this extension.  Counsel for Defendant proposes the following revised schedule[2]:

| | |
|---|---|
| Discovery closes | September 28, 2007 |
| Dispositive motions | November 27, 2007 |
| Oppositions to Dispositive Motions | December 27, 2007 |
| Replies in support of Dispositive Motions | January 17, 2008 |
| Pretrial conference set | March 17, 2008 |

## **CONCLUSION**

WHEREFORE, the Counsel for Defendant submits that this consent motion to extend the time to complete discovery and to set a new schedule should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

By:       /s/
OLIVER W. McDANIEL, D.C. Bar #377360
 Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for the Defendant

Dated: July 17, 2007

---

[2] These dates have been calculated based on the time periods set out in this Court Initial Scheduling Order.

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 19th day of July, 2007, I caused the foregoing Consent Motion to Extend Time to Complete Discovery and to Set a New Schedule, and proposed order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Leizer Z. Goldsmith, Esq.
THE GOLDSMITH LAW FIRM, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015

                                        /s/
                             OLIVER W. MCDANIEL, D.C. BAR # 377360
                             Assistant United States Attorney
                             Civil Division
                             555 Fourth Street, N.W.
                             Washington, D.C.  20530
                             (202) 616-0739