UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF, SECRETARY** )<br>**DEPARTMENT OF HOMELAND SECURITY** )<br>)<br>    **Defendant.** )<br>_____) | Civil Action No. 05-2128 (RJL) |

**ORDER**

Upon consideration of the Consent Motion to Extend Time to Complete Discovery and to Set a New Schedule and it appearing that good cause has been shown, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED, that the schedule in this case, including the period for completion of discovery in this matter, has been extended as follows:

| | |
|---|---|
| Discovery closes | September 28, 2007 |
| Dispositive motions | November 27, 2007 |
| Oppositions to Dispositive Motions | December 27, 2007 |
| Replies in support of Dispositive Motions | January 17, 2008 |
| Pretrial Conference set | March 17, 2008 |

Dated this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Leizer Z. Goldsmith, Esq.
THE GOLDSMITH LAW FIRM, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015