## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____

ARTHUR GILBERT,           )
                              )
       Plaintiff,          )
                              )
v.                         )         Civil Action No. 05-2128 (RJL)
                              )
MICHAEL CHERTOFF,     )
                              )
       Defendant.      )
_____)

## JOINT MOTION FOR ENLARGMENT OF THE DISCOVERY PERIOD

COME NOW the parties in the above-captioned case, to request that this Court enlarge the time for discovery for a period of 90 days, to December 27, 2007.

Presently discovery is set to close September 28, 2007.  Although the parties are actively engaging in discovery, they are unable to complete depositions by the current deadline of September 28, 2007.  The parties had initially hoped to conduct depositions in August. However, given the travel schedules of an important witness in the case, along with technological difficulties (which the parties are addressing) associated with Defendant's document production, and several conflicts between counsel's schedules (including obligations associated with a class action Defendant's counsel is defending), the parties need an additional 90 days within which to conduct depositions and complete discovery.

Consistent with the Court's prior order to enlarge the discovery period, the parties seek that the calendaring of this case be amended to reflect this enlargement.

Accordingly:

Dispositive motions would be due on or by January 26, 2008 (rather than November 27, 2007);

Oppositions to Dispositive Motion would be due on or by February 28, 2008 (rather than December 27, 2007);

Replies in support of Dispositive Motion would be due March 18, 2008 (rather than January 17, 2008);

WHEREFORE, the parties respectfully request that discovery be enlarged through December 27, 2007, and a new discovery schedule granted to reflect that change.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith, DC Bar # 419544
5335 Wisconsin Avenue, NW Ste 440
Washington, D.C. 20036
202-895-1506
Counsel for Plaintiff

United States Attorney

_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739
Counsel for the Defendant