UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKTHUR GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2128 (RJL) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| ) | |
| Defendant. ) | |

Order

Upon consideration of the Joint Motion For Enlargement Of The Discovery Period, and it appearing that good cause has been shown, it is hereby,

ORDERED that the Motion is GRANTED, and it is,

FURTHER ORDERED that the schedule in this case has been extended as follows:

| | |
|---|---|
| Discovery closes | December 27, 2007; |
| Dispositive motions due | January 26, 2008; |
| Oppositions to Dispositive Motion due | February 28, 2008; |
| Replies in support of Dispositive Motion due | March 18, 2008. |

Dated this: _____ day of _____, 2007.

_____
Judge
United States District Court