UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT**         ) | |
|                            ) | |
|     **Plaintiff,**     ) | |
|                            ) | |
|     v.                ) | Civil Action No. 05-2128 (RJL) |
|                            ) | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **DEPARTMENT OF HOMELAND SECURITY** ) | |
|                            ) | |
|     **Defendant.**     ) | |
|                            ) | |

**JOINT MOTION FOR A STAY OF THE DISCOVERY
PERIOD, FOR A REFERRAL TO MEDIATION AND
FOR A MODIFICATION OF THE SCHEDULING ORDER**

The Parties, through counsel, respectfully move this Court for a stay of discovery, for a referral to mediation and for a modification of the scheduling order to permit a resumption of the discovery period if mediation is unsuccessful. Specifically, the Parties seek a stay of discovery until a stipulation of settlement and dismissal is entered or until all efforts to mediate the dispute have been exhausted . The Parties as well seek an initial referral to mediation until January 31, 2008, and for subsequent periods as requested by the Parties in Joint Status Reports filed before the end of the mediation period. The Parties specifically request a referral to Magistrate Judge Kay. This is the second request to modify the scheduling order. However, the Parties believe that the prospects for settlement of the case are excellent, and that the Court should grant this requested referral to mediation. In further support of this motion, the Parties submit the following memorandum in support.

Discovery is presently scheduled to close on December 27, 2007. The Parties have been making substantial progress toward concluding discovery. A major impediment concerning

electronically stored documents has hampered the Parties' efforts to conclude document discovery more expeditiously. The Parties have been able to address and resolve this issue without the assistance of the Court. Further, Plaintiff had noticed depositions, which were scheduled for the week of November 26, 2007. Defendant was contemplating requesting another extension of discovery associated with this and other discovery issues. In the process of preparing for depositions, the Department of Homeland Security (DHS) determined that an opportunity to settle the case existed. This interest in settlement is mutual, and the Parties accordingly seek to place the discovery process on hold and to focus fully on mediation.

    The Parties advise the Court in advance that the mediation process may take some time. The Parties, nonetheless, believe that the prospects for settlement warrant such a substantial investment of time. While in Counsel's experience a private mediator would be most effective, Counsel appreciate that it probably would be more efficient initially to attempt to resolve the case using the Court's Alternative Dispute Resolution (ADR) services. The Parties specifically prefer a referral to Magistrate Judge Kay. If the Court's ADR resources prove unfruitful, the Parties may seek an additional period to schedule private mediation.

    If mediation is unsuccessful, given what remains for discovery, the Parties will need an additional three-month period to conclude discovery. Moreover, the Parties request that the Court reschedule any other matters in the case to accommodate this requested referral to mediation. The Parties request that the Court continue the status conference currently scheduled for January 8, 2007, at 10:30 a.m., to a date and time that is consistent with the requested referral to mediation and that is mutually convenient to the Court and Counsel. To the extent that any other dates must be

rescheduled to account for the requested referral to mediation and possible enlargement of the discovery period, the Parties respectfully request that the Court extend these dates accordingly.

WHEREFORE, the Parties respectfully submit that these motions for a stay of the discovery period, for a referral to mediation and for a modification of the scheduling order to permit a resumption of the discovery period, if necessary, should be granted.

Respectfully submitted,

| /s/ (by OWM) | /s/ (by M. Johnson) |
|---|---|
| Leizer Z. Goldsmith (D.C. Bar No. 419544) | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| 5335 Wisconsin Avenue, N.W., Suite 440 | United States Attorney |
| Washington, D.C. 20015 | |
| Telephone: (202) 195-1506 | /s/ |
| Facsimile: (202) 318-0798 | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| | Assistant United States Attorney |
| Counsel for the Plaintiff | |
| | /s/ |
| | OLIVER W. McDANIEL, D.C. Bar #377360 |
| November 27, 2007 | Assistant United States Attorney |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | |
| | Counsel for the Defendant |