UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR GILBERT** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF, SECRETARY** )<br>**DEPARTMENT OF HOMELAND SECURITY** )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 05-2128 (RJL) |

**ORDER**

Upon consideration of the Parties' Joint Motions for a Stay of the Discovery Period, for a Referral to Mediation and for a Modification of the Scheduling Order to permit a resumption of the discovery period, if necessary, and it appearing that good cause has been shown, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED, that this matter is referred to U.S. Magistrate Judge [Kay] [_____] for mediation until January 31, 2008, and for such other periods as the Court may hereafter order, and it is

FURTHER ORDERED, that the Parties shall file a Joint Status Report advising the Court generally whether mediation is progressing and whether the Parties will need an extension of the mediation period at least four (4) days before the last day of the mediation period, and it is

FURTHER ORDERED, that the status conference currently scheduled for January 8, 2008, at 10:30 a.m., is hereby canceled, and it is

      FURTHER ORDERED, that the Court will determine the schedule for the remainder of the case at the conclusion of the mediation period, to include ninety days for completing discovery.

Dated this _____ day of _____, 2007.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Copies to:

OLIVER W. McDANIEL
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Leizer Z. Goldsmith, Esquire
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015