UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ARTHUR GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-2128 (RJL) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| SECRETARY DEPARTMENT OF | ) |
| HOMELAND SECURITY | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Parties' Joint Motion for a Stay of the Discovery Period, for a Referral to Mediation and for a Modification of the Scheduling Order [Dkt. # 32], and the entire record herein, it is, this ___ day of December, 2007, hereby

**ORDERED** that the above referenced motion is hereby GRANTED; and it is further

**ORDERED** that the above-captioned matter is referred to U.S. Magistrate Judge Kay for mediation until January 31, 2008, and for such subsequent periods as the Court may hereafter order; and it is further

**ORDERED** that discovery is STAYED until the close of the mediation period; and it is further

**ORDERED** that the Parties shall file a Joint Status Report advising the Court on the progress of mediation and whether the Parties require an extension of the mediation period



at least four (4) days before the last day of the mediation period; and it is further

**ORDERED** that the status conference currently scheduled for January 8, 2007, at 10:30 a.m., is canceled and will be rescheduled by the Court at a future date. The Court will determine the schedule for the remainder of the case at the conclusion of the mediation period, to include ninety days for completing discovery, if necessary.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge